JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENA ARMENTA ARRATIA,<br><br>Defendant. | Case No. CV13-3767 GAF (CWx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA**<br><br>Hearing Date:  October 28, 2013<br>Time:  9:30 a.m.<br>Judge:  Hon. Gary A. Feess<br><br>Complaint Filed: May 28, 2013 |

## I. **INTRODUCTION**

The Guardian Life Insurance Company of America ("The Guardian") brought a Complaint for Declaratory Relief under 28 U.S.C. § 2201 ("the Complaint") against defendant Lorena Armenta Arratia ("defendant").  This Court has jurisdiction over this matter based on diversity of citizenship pursuant to 28 U.S.C. §1332 because The Guardian and defendant are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Venue is proper in this Court pursuant to 28 U.S.C. §1391(a) and (b) because defendant resides within the Central District of California.

Based on defendant's representations as set forth in the Complaint, The Guardian issued life insurance policy number 6468829 to defendant on April 9, 2010, life insurance policy number 6482905 on June 26, 2010, and life insurance policy number 6482906 on June 26, 2010.  Also in reliance on false representations by defendant regarding her medical history, as specified in the Complaint, The Guardian issued to defendant Waiver of Premium Riders with life insurance policies 6468829, 6482905, and 6482906.  Under these Riders, The Guardian would waive the premium under life insurance policies 6468829, 6482905, and 6482906 in the event that defendant was totally disabled as defined in the Riders.

By way of the Complaint, The Guardian seeks a judgment from this Court that the Waiver of Premium Riders issued to defendant with life insurance policies 6468829, 6482905, and 6482906 are rescinded based on the false representations by defendant regarding her medical history, as spelled out in the Complaint, and discussed in detail in this Court's October 24, 2013, order granting the motion for entry of default judgment.

Defendant was served with the Complaint on July 11, 2013 and did not respond within the required time-period.  On August 6, 2013, the Clerk of the Court entered default against defendant.

/ / /

## II. **JUDGMENT**

Pursuant to defendant's default and this Court's order of October 24, 2013, the Court hereby enters the following Judgment in favor of The Guardian, and against defendant, on The Guardian's Complaint for Declaratory Relief:

The Waiver of Premium Rider, issued by The Guardian to defendant as a rider to life insurance policy number 6468829, is hereby rescinded.  The Waiver of Premium Rider, issued by The Guardian to defendant as a rider to life insurance policy number 6482905, is hereby rescinded.  The Waiver of Premium Rider, issued by The Guardian to defendant as a rider to life insurance policy number 6482906, is hereby rescinded.  These waiver of premium riders are void from their inception and never would have been issued by The Guardian had accurate information been provided by defendant on the applications for life insurance policies 6468829, 6482905, and 6482906. In that these Waiver of Premium Riders are void from their inception, The Guardian is not now, and never has been, required to waive the premium payments for life insurance policies 6468829, 6482905, and 6482906 under these Waiver of Premium Riders.

The Guardian must refund to defendant the premium paid under the Waiver of Premium Riders by mailing a check made payable to defendant to the address for defendant that is on record with The Guardian.  Such payment shall be made no later than November 22, 2013.

The Guardian is entitled to its costs of suit.

IT IS SO ORDERED.

Dated:     October 24, 2013

JS-6

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE